UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Pop Warner Little Scholars, Inc.,
Barbara Doughty, and Jason Patch,
    Plaintiffs

    v.                                      Civil No. 06-cv-098-SM

New Hampshire Youth Football & Spirit
Conference; Richard Pelletier;
Robert Schiavoni; Ellen Schiavoni;
and Deborah A. Smith
    Defendants


**NOTICE OF RULING**


Re:  (Document No. 7) Motion to Extend Time to Object/Respond


    **Ruling**:  Granted in part.  Defendants may file a response to the motion for preliminary injunctive relief on or before April 21, 2006, and may file an answer or other responsive pleading to the complaint as allowed by rule.  A hearing on the request for preliminary injunctive relief will be held on April 27, 2006, as scheduled by the clerk.  Evidence received upon the application for preliminary injunctive relief which would be admissible upon the trial on the merits shall become part of the record and need not be repeated upon the trial.


Entered by:  Steven J. McAuliffe, Chief Judge


Date:  April 11, 2006


cc:   Thomas J. Donovan, Esq.
      Adam M. Hamel, Esq.
      Michael D. Ramsdell, Esq.