UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
******************************************  *
Pop Warner Little Scholars, Inc.;                           *
Barbara Doughty, individually and on behalf of New  *
     Hampshire Pop Warner Football Conference;      *
Jason Patch, individually and on behalf of New      *
     Hampshire Pop Warner Football Conference       *
                                                    *   Civil Action No. 1:06-CV-098-SM
v.                                                  *
                                                    *
New Hampshire Youth Football & Spirit               *
Conference; Richard Pelletier; Robert Schiavoni;    *
Ellen Schiavoni; and Deborah A. Smith               *
******************************************  *
```

**STIPULATION FOR DISMISSAL BY REASON OF SETTLEMENT**

Pursuant to Fed. R. Civ. R. 41(a)(1), the parties stipulate that Plaintiffs' claims in this case and Defendants' counterclaims in this case shall be, and are, dismissed with prejudice by reason of settlement.

                                              Respectfully submitted,
                                              POP WARNER LITTLE SCHOLARS, INC.;
                                              BARBARA DOUGHTY; and JASON PATCH

                                              By Their Attorneys,

                                              MCLANE, GRAF, RAULERSON &
                                                 MIDDLETON, P.A.

Date: June 7, 2007                      By:  /s/ Thomas J. Donovan
                                                    Thomas J. Donovan (#664)
                                                      Adam M. Hamel (#17110)
                                                      900 Elm Street, PO Box 326
                                                      Manchester, NH  03105
                                                      (603) 625-6464

NEW HAMPSHIRE YOUTH FOOTBALL
& SPIRIT CONFERENCE; RICHARD
PELLETIER; ROBERT SCHIAVONI; ELLEN
SCHIAVONI; and DEBORAH SMITH

By their attorneys,

KACAVAS RAMSDELL &
    HOWARD, P.L.L.C.

Date: June 7, 2007          By:  /s/Michael D. Ramsdell
    Michael D. Ramsdell (#2096)
    175 Canal Street
    Manchester, NH  03101
    (603) 625-1254

## CERTIFICATE OF SERVICE

I, Thomas J. Donovan, hereby certify that I caused the foregoing Stipulation for Dismissal by Reason of Settlement to be served upon the following via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing on June 7, 2007:

Michael D. Ramsdell
Kacavas & Ramsdell, P.L.L.C.
175 Canal Street
Manchester, NH  03101

    /s/ Thomas J. Donovan
    Thomas J. Donovan